TODD A. FREALY (SBN 198780)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Ste. 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: taf@lnbyb.com, jyo@lnbyb.com

Attorneys for Karl T. Anderson,
Chapter 7 Trustee

FILED & ENTERED

MAY 31 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent            DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MOISEY FRIDMAN and ROSA FRIDMAN,<br><br>Debtors. | Case No. 8:12-bk-11721-ES<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION BY CHAPTER 7 TRUSTEE FOR AN ORDER: (1) SUSTAINING OBJECTION TO DEBTORS' CLAIM OF EXEMPTION PURSUANT TO 11 U.S.C. § 522(q)(1)(B); (2) SURCHARGING DEBTORS' HOMESTEAD EXEMPTION; AND (3) GRANTING OTHER RELATED RELIEF, AS SUPPLEMENTED**<br><br>Date:   May 2, 2013<br>Time:   10:30 a.m.<br>Place:  Courtroom "5A"<br>        411 West Fourth Street<br>        Santa Ana, California |

A hearing was held on May 2, 2013 at 10:30 a.m., before the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California, Los Angeles Division, in

Courtroom "5A" located at 411 West Fourth Street, Santa Ana, California, for the Court to consider the motion (as supplemented by the Supplement filed on March 25, 2013, the "Motion") filed by Karl T. Anderson, the duly appointed Chapter 7 Trustee (the "Trustee") in the bankruptcy case of Moisey Fridman and Rosa Fridman (collectively, the "Debtors"), for the entry of an Order: (1) sustaining the Trustee's objection to the Debtors' homestead exemption pursuant to 11 U.S.C. § 522(q)(1)(B); (2) surcharging the Debtors' homestead exemption and awarding the Trustee attorneys' fees based upon the Debtors' failure to timely turn over the real property located at 1100 Rutland Road, Unit 7, Newport Beach, California 92660 (the "Property") to the Trustee, thereby jeopardizing and delaying the Trustee's Court-approved sale of the Property and causing the Trustee and his counsel to incur fees and costs to obtain an emergency Order of the Court compelling the Debtors to turn over the Property (the "Order to Compel"); (3) surcharging the Debtors' homestead exemption and authorizing the payment of damages to the purchaser of the Property (the "Purchaser") in the sum of $2,500 ("Post-Closing Rent"), which is calculated as the market rent for the Property, at a rate of $2,500 per month, attributable to the period from February 22, 2013 (the escrow closing date) through and including March 22, 2013 (the date that the Debtors vacated and surrendered possession of the Property); and (4) granting other related relief.  Appearances at the hearing on the Motion were made as set forth on the record of the Court.

The Court, having considered the Motion, the Supplement thereto and all other papers filed by the Trustee in support of the Motion, the opposition to the Motion filed by the Debtors (the "Opposition"), the Supplement to the Opposition and all other papers filed by the Debtors in support of the Opposition, the brief and supporting papers filed by creditor Karl Avetoom in support of the Motion, as well as the oral arguments, statements and representations of counsel made at the hearing on the Motion, finding that notice of the Motion and the hearing on the Motion was proper and adequate, and other good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

A.    The Opposition is overruled.

B.    The Motion, as supplemented by the Supplement, is granted in its entirety.

2

C. The Trustee's objection to the Debtors' claimed homestead exemption is sustained pursuant to 11 U.S.C. § 522(q)(1)(B)(iv). Accordingly, the Debtors' homestead exemption is decreased to $146,450.00 pursuant to 11 U.S.C. § 522(q)(1)(B)(iv). The disallowed amount of the Debtor's claimed homestead exemption, in the sum of $28,550, shall be held by the Trustee and not distributed, pending a further Order of the Court. Since the Debtors have already received homestead exemption payments totaling $131,200.00 from the Trustee, the unpaid balance of the Debtors' allowed homestead exemption is $15,250.00 (the "Exemption Balance").

D. The Debtors' Exemption Balance shall be surcharged to pay the Trustee's attorneys' fees and costs in the amount of $11,495.00 ("Legal Fees"). The Trustee shall hold, and not distribute any portion of, the foregoing funds pending a further Order of the Court.

E. The Debtors' Exemption Balance shall be surcharged to pay the Post-Closing Rent in the amount of $2,500.00 to the Purchaser. The Trustee shall hold, and not distribute any portion of, the foregoing funds pending a further Order of the Court.

F. The Trustee shall remit to the Debtors the sum of $1,255.00, which is the amount of the Exemption Balance, less the amounts of the Legal Fees and Post-Closing Rent, within one (1) business day of the entry of this Order.

The Order to Compel [Doc. No. 147] previously entered by this Court shall be deemed modified to the extent necessary to reflect the provisions of this Order.

###

Date: May 31, 2013

Erithe Smith
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER GRANTING MOTION BY CHAPTER 7 TRUSTEE FOR AN ORDER: (1) SUSTAINING OBJECTION TO DEBTORS' CLAIM OF EXEMPTION PURSUANT TO 11 U.S.C. § 522(q)(1)(B); (2) SURCHARGING DEBTORS' HOMESTEAD EXEMPTION; AND (3) GRANTING OTHER RELATED RELIEF, AS SUPPLEMENTED** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner stated below:

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of **May 6, 2013**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

   - Karl T Anderson (TR)    edansie@hotmail.com, kanderson@ecf.epiqsystems.com
   - David W Brody    dbrody@brody-law.com, bknotice@brody-law.com
   - Matthew E Faler    mfaler@faler-law.com, ecf@faler-law.com
   - Todd A Frealy    taf@lnbrb.com
   - Beth Gaschen    bgaschen@wgllp.com
   - Michael J Hauser    michael.hauser@usdoj.gov
   - Michael Jones    mike@mjthelawyer.com, michaeljonesmyecfmail@gmail.com
   - Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
   - Carmela Pagay    ctp@lnbrb.com
   - Thomas J Polis    tom@polis-law.com
   - Lisa Torres    ltorres@gogglaw.com, tcooper@gogglaw.com
   - United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
   - Gilbert B Weisman    notices@becket-lee.com

2. **SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Moisey Fridman
1100 Rutland Rd. #7
Newport Beach, CA 92660

Rosa Fridman
1100 Rutland Rd. #7
Newport Beach, CA 92660

☐ Service information continued on attached page

3. **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9021-1.1.NOTICE.ENTERED.ORDER**