United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 12-11721-ES
Moisey Fridman                                                      Chapter 7
Rosa Fridman
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: admin          Page 1 of 1          Date Rcvd: Dec 16, 2013
                             Form ID: pdf042       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2013.
db/jdb      +Moisey Fridman,   Rosa Fridman,   PO Box 10611,   Costa Mesa, CA 92627-0205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2013 at the address(es) listed below:
          Andrew Edward Smyth    on behalf of Defendant Moisey O. Fridman office@smythandsmyth.com
          Andrew Edward Smyth    on behalf of Joint Debtor Rosa  Fridman office@smythandsmyth.com
          Andrew Edward Smyth    on behalf of Defendant Rosa A. Fridman office@smythandsmyth.com
          Andrew Edward Smyth    on behalf of Debtor Moisey  Fridman office@smythandsmyth.com
          Beth  Gaschen    on behalf of Interested Party    Darling & Risbrough bgaschen@wgllp.com,
           msciesinski@wgllp.com
          Carmela  Pagay    on behalf of Trustee Karl T Anderson (TR) ctp@lnbrb.com
          David W Brody    on behalf of Creditor    Union Bank dbrody@brody-law.com,   bknotice@brody-law.com
          Gilbert B Weisman, ll    on behalf of Interested Party    Courtesy NEF notices@becket-lee.com
          Irving M Gross    on behalf of Plaintiff Karl  Anderson img@lnbrb.com,   angela@lnbrb.com
          Juliet Y Oh    on behalf of Trustee Karl T Anderson (TR) jyo@lnbrb.com,   jyo@lnbrb.com
          Juliet Y Oh    on behalf of Plaintiff Karl  Anderson jyo@lnbyb.com,   jyo@lnbrb.com
          Karl T Anderson (TR)    on behalf of Trustee Karl T Anderson (TR) edansie@hotmail.com,
           kanderson@ecf.epiqsystems.com
          Karl T Anderson (TR)    edansie@hotmail.com,   kanderson@ecf.epiqsystems.com
          Laily  Boutaleb    on behalf of Debtor Moisey  Fridman laily@mjonesandassociates.com,
           michaeljonesmyecfmail@gmail.com
          Laily  Boutaleb    on behalf of Joint Debtor Rosa  Fridman laily@mjonesandassociates.com,
           michaeljonesmyecfmail@gmail.com
          Lindsey L Smith    on behalf of Trustee Karl T Anderson (TR) lls@lnbyb.com
          Lisa  Torres    on behalf of Creditor Karl  Avetoom ltorres@gogglaw.com,   clane@gogglaw.com
          Michael  Jones    on behalf of Debtor Moisey  Fridman mike@mjthelawyer.com,
           michaeljonesmyecfmail@gmail.com
          Michael  Jones    on behalf of Joint Debtor Rosa  Fridman mike@mjthelawyer.com,
           michaeljonesmyecfmail@gmail.com
          Michael G David    on behalf of Joint Debtor Rosa  Fridman mike@mikedavidlaw.com,
           michaeljonesmyecfmail@gmail.com
          Michael G. David    on behalf of Debtor Moisey  Fridman mike@mikedavidlaw.com,
           michaeljonesmyecfmail@gmail.com
          Michael J Hauser    on behalf of U.S. Trustee    United States Trustee (SA) michael.hauser@usdoj.gov
          Thomas J Polis    on behalf of Creditor Karl  Avetoom tom@polis-law.com
          Thomas J Polis    on behalf of Trustee Karl T Anderson (TR) tom@polis-law.com
          Todd A Frealy    on behalf of Plaintiff Karl  Anderson taf@lnbrb.com
          Todd A Frealy    on behalf of Trustee Karl T Anderson (TR) taf@lnbrb.com
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                              TOTAL: 27

1  TODD A. FREALY (SBN 198780)
   JULIET Y. OH (SBN 211414)
2  LINDSEY L. SMITH (SBN 265401)
   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
3  10250 Constellation Boulevard, Ste. 1700
   Los Angeles, CA 90067
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5  Email: taf@lnbyb.com, jyo@lnbyb.com, lls@lnbyb.com
6
   Attorneys for Karl T. Anderson, Chapter 7 Trustee
7

**FILED & ENTERED**

**DEC 16 2013**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY daniels    DEPUTY CLERK**

8
                    **UNITED STATES BANKRUPTCY COURT**
9
                     **CENTRAL DISTRICT OF CALIFORNIA**
10
                          **SANTA ANA DIVISION**
11

12
   In re                              | Case No. 8:12-bk-11721-ES
13
   MOISEY FRIDMAN and ROSA FRIDMAN,    | Chapter 7
14
        Debtors.                       | **ORDER AUTHORIZING**
15                                     | **EXAMINATION OF ALEX FRIDMAN**
                                       | **PURSUANT TO FEDERAL RULE OF**
16                                     | **BANKRUPTCY PROCEDURE 2004**
17
                                       | [No Hearing Required Pursuant to Local
18                                     | Bankruptcy Rule 2004-1]
19
                                       | Document Production Date/Time:
20                                     | Date:    January 15, 2014
                                       | Time:    10:00 a.m.
21                                     | Place:    Levene, Neale, Bender, Yoo
                                       |               & Brill L.L.P.
22                                     |            10250 Constellation Blvd. #1700
                                       |            Los Angeles, CA 90067
23
                                       | Examination Date/Time:
24                                     | Date:    January 29, 2014
                                       | Time:    11:00 a.m.
25                                     | Place:    Girard Gibbs LLP
                                       |            601 California Street, 14th Floor
26                                     |            San Francisco, CA 94108
27

28

                                       1

1    This Court, having considered the motion (the "Motion") filed by Karl T. Anderson, the

2    duly appointed Chapter 7 Trustee (the "Trustee") in the bankruptcy case of Moisey Fridman and

3    Rosa Fridman (collectively, the "Debtors"), for the entry of an order pursuant to Rule 2004 of

4    the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2004-1 authorizing the

5    Trustee to issue a subpoena directing the production of documents by Alex Fridman ("Mr.

6    Fridman"), who is the Debtors' son, and directing the oral examination of Mr. Fridman

7    regarding such documents, proper notice of the Motion having been provided, and good cause

8    appearing therefor,

9    IT IS HEREBY ORDERED as follows:

10    1.    The Motion is granted in its entirety.

11    2.    The Trustee is hereby authorized to issue and serve a subpoena (the "Subpoena")

12    (a) compelling Mr. Fridman to produce and permit inspection of the Requested Documents (as

13    that term is defined in the Motion), including but not limited to, the information and documents

14    listed in Exhibit "1" hereto, at the office of Levene, Neale, Bender, Yoo & Brill L.L.P. located

15    at 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067, by 10:00 a.m.

16    (Pacific Time) on January 15, 2014, or such other date and time as may be agreed to by the

17    Trustee and Mr. Fridman; and (b) compelling Mr. Fridman to appear for an oral examination at

18    the offices of Girard Gibbs LLP, located at 601 California Street, 14th Floor, San Francisco, CA

19    94108, commencing on January 29, 2014 at 11:00 a.m. (Pacific time) or such other date and

20    time as may be agreed to by the Trustee and Mr. Fridman, and continuing from day to day

21    thereafter (weekends and holidays excluded) until completed or adjourned.

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

2

1         3.       Absent an order of this Court excusing compliance with any provision of a

2  demand made in the Subpoena, Mr. Fridman shall comply with the Subpoena or may be subject

3  to a further order of this Court imposing sanctions.

4        IT IS SO ORDERED.

5                                  ###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  Date: December 16, 2013

Erithe Smith
United States Bankruptcy Judge

25

26

27

28

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

[Requested Documents]

# I. DEFINITIONS

Except as set forth below, all words used in this document request have their ordinary meaning.

"DEBTORS" means Moisey Fridman and Rosa Fridman.

"DOCUMENT" and "DOCUMENTS" are used in their broadest sense and mean (1) the originals and any nonidentical copies (whether different from the originals because of notations made on such copies or otherwise) of all "writings," "recordings," and "photographs" as those terms are defined in Rule 1001 of the Federal Rules of Evidence and (2) physical documents, electronic documents and documents created or stored by any means.  This includes, but is not limited to, any written, graphic or otherwise recorded matter however created whether inscribed or stored by hand or by mechanical, electronic, microfilm, photogenic or phonic means or by any other means including abstracts, address books, agreements, analyses of any kind, appointment books, architectural blueprints and drawings, bids, billings, blueprints, books of account, brochures, calendars, audio and video cassettes, charts, circulars, compilations, computer runs and printouts, computer files and programs, consultant's reports and studies, contracts, correspondence, desk calendars, diagrams, diaries, dictionaries, disks, diskettes, drawings, e-mail, estimates, electronic mail, electronic data of any kind, electronic records of any kind, expense account records, expert's reports or studies, financial statements or calculations, floppy disks, flyers, graphs, house publications, inspection records, sheets and reports, inter-office or intra-office communications, invoices, job descriptions or assignments, layouts, leaflets, ledgers, letters, licenses, lists, mailings, manuals, maps, memoranda of any kind, microfilm, minutes or records of any kind, movies, notes, notebooks, opinions, organizational charts, tables and lists, pamphlets, permits, photographs, pictures, plans, projections, promotional materials, press releases or clippings, publications, procedures, quotations, records and recordings of any kind, renderings, reports of any kind, rework instructions, orders and procedures, schedules, scripts, sketches, slide programs, specifications, statistical analyses, stenographers notebooks, studies of any kind, subcontracts, summaries, tabulations, tallies, tapes, telegrams, teletype messages, telephone logs, timesheets, undertakings, videotapes, vouchers, working drawings, papers and files.

1    "PROPERTY" means the real property located at 16542 Blackbeard Lane, Huntington

2    Beach, California 92649.

3    "YOU" and "YOUR" means Alex Fridman and all of his insiders, affiliates, real estate

4    agents, appraisers, attorneys and all other agents of any kind.

5    **II. INSTRUCTIONS**

6    1.    In producing these DOCUMENTS, YOU are required to furnish all

7    DOCUMENTS in YOUR possession, ownership, custody or control, actual or constructive.

8    2.    The DOCUMENTS produced in response to this request must not be redacted or

9    altered in any manner.

10    3.    The DOCUMENTS produced in response to this request shall be segregated and

11    clearly marked or labeled as to the specific request to which such DOCUMENTS are responsive

12    and are being produced.  Otherwise, such DOCUMENTS shall be produced as they are kept in the

13    usual course of business, including the production of the files from which such DOCUMENTS

14    are taken.

15    4.    If any of these DOCUMENTS cannot be produced in full, YOU are requested to

16    produced them to the fullest extent possible, specifying clearly the reasons for YOUR inability to

17    produce the remainder and stating whatever information, knowledge, or belief YOU have

18    concerning the unproduced DOCUMENTS.

19    5.    If any of the DOCUMENTS requested were at one time in existence, but no longer

20    are, so state and specify for each DOCUMENT:  (a) the type of DOCUMENT, (b) the type of

21    information once contained therein, (c) the date upon which it ceased to exist, (d) the

22    circumstance under which it ceased to exist, (e) the identity of all persons having knowledge of

23    the circumstances under which it ceased to exist and (f) the identify of all persons having

24    knowledge or who had knowledge of the contents thereof.

25

26

27

28

6

### III.  DOCUMENT REQUESTS

1.   All DOCUMENTS reflecting or relating to the purchase of the PROPERTY including, without limitation, any and all offers made by either YOU or the DEBTORS to purchase the PROPERTY (including all attachments, schedules, exhibits and proof of funding submitted in connection therewith), all purchase agreements, all escrow instructions and other documents and correspondence from the escrow company, and all estimated and final settlement/closing statements.

2.   All DOCUMENTS reflecting or demonstrating the source of funding for the purchase price of the PROPERTY and/or any portion thereof, including, without limitation, checks (front and back), wire transfer confirmations, loan agreements and other related loan documents, and proof of funding by a bank or lender.

3.   All DOCUMENTS reflecting communications of any kind between YOU and one or both of the DEBTORS relating to the purchase and/or use of the PROPERTY.

4.   A list of all transfers of cash and/or other property made by the DEBTORS to YOU during the period from February 10, 2008 to September 30, 2013, which list shall include, for each transfer:  (i) the date of the transfer, (ii) a description of the cash or property transferred, (iii) the amount of cash transferred or the estimated value of the property transferred, (iv) the method of transfer (*e.g.*, wire transfer, check (with check number and applicable account numbers, person transfer, etc.), and (v) an explanation regarding the disposition or use of the cash or property transferred.

5.   All monthly, quarterly and annual statements for the period from February 1, 2008 to September 30, 2013 for all bank accounts and other financial accounts held by YOU.

7

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER AUTHORIZING EXAMINATION OF ALEX FRIDMAN PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner stated below:

**1.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of **December 10, 2013**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Karl T Anderson (TR)     edansie@hotmail.com, kanderson@ecf.epiqsystems.com
Karl T Anderson (TR)     edansie@hotmail.com, kanderson@ecf.epiqsystems.com
Laily Boutaleb     laily@mjonesandassociates.com, michaeljonesmyecfmail@gmail.com
David W Brody     dbrody@brody-law.com, bknotice@brody-law.com
Michael G David     mike@mikedavidlaw.com, michaeljonesmyecfmail@gmail.com
Todd A Frealy     taf@lnbrb.com
Todd A Frealy     taf@lnbrb.com
Beth Gaschen     bgaschen@wgllp.com, msciesinski@wgllp.com
Irving M Gross     img@lnbrb.com, angela@lnbrb.com
Michael J Hauser     michael.hauser@usdoj.gov
Michael Jones     mike@mjthelawyer.com, michaeljonesmyecfmail@gmail.com
Juliet Y Oh     jyo@lnbyb.com, jyo@lnbrb.com
Juliet Y Oh     jyo@lnbrb.com, jyo@lnbrb.com
Carmela Pagay     ctp@lnbrb.com
Thomas J Polis     tom@polis-law.com
Lindsey L Smith     lls@lnbyb.com
Andrew Edward Smyth     office@smythandsmyth.com
Lisa Torres     ltorres@gogglaw.com, clane@gogglaw.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
Gilbert B Weisman     notices@becket-lee.com

**2.   SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

**3.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

**Alex Fridman**
**1344 48th Ave**
**San Francisco, CA 94122**

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.