United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 12-11721-ES
Moisey Fridman                                                                  Chapter 7
Rosa Fridman
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: admin              Page 1 of 2              Date Rcvd: Aug 26, 2015
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2015.
db/jdb         +Moisey Fridman,   Rosa Fridman,   PO Box 10611,   Costa Mesa, CA 92627-0205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2015 at the address(es) listed below:
              Ali   Matin    on behalf of Interested Party    Courtesy NEF amatin@bmkattorneys.com
              Allan P Leguay     on behalf of Respondent Allan   Leguay leguay@pacbell.net
              Andrew Edward Smyth     on behalf of Debtor Moisey   Fridman office@smythlo.com
              Anthony A Friedman     on behalf of Plaintiff Karl T Anderson aaf@lnbyb.com
              Beth  Gaschen     on behalf of Interested Party    Darling & Risbrough bgaschen@wgllp.com,
               kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
              Brad A Mokri    on behalf of Defendant Alex   Fridman amirmokri1@yahoo.com,  gmokrilaw@yahoo.com
              Brad A Mokri    on behalf of Defendant Val   Fridman amirmokri1@yahoo.com,  gmokrilaw@yahoo.com
              Carmela  Pagay    on behalf of Trustee Karl T Anderson (TR) ctp@lnbrb.com
              David W Brody    on behalf of Creditor    Union Bank dbrody@brody-law.com,  bknotice@brody-law.com
              Donald W Sieveke    on behalf of Respondent Donald W Sieveke ibmoola@yahoo.com,
               dws4law@pacbell.net
              Gilbert B Weisman, ll   on behalf of Interested Party    Courtesy NEF notices@becket-lee.com
              Irving M Gross    on behalf of Plaintiff Karl   Anderson img@lnbrb.com,  angela@lnbrb.com
              John D Ott   on behalf of Defendant Moisey O. Fridman Jott@jdolawyers.com
              John D Ott   on behalf of Defendant Rosa A. Fridman Jott@jdolawyers.com
              Joseph  Trenk    on behalf of Interested Party Joseph   Trenk trenklaw@gmail.com
              Joseph  Trenk    on behalf of Defendant Victoria  Gureyeva trenklaw@gmail.com
              Juliet Y Oh   on behalf of Plaintiff Karl   Anderson jyo@lnbyb.com,  jyo@lnbrb.com
              Juliet Y Oh   on behalf of Trustee Karl T Anderson (TR) jyo@lnbrb.com,  jyo@lnbrb.com
              Karl T Anderson (TR)    edansie@hotmail.com,  kanderson@ecf.epiqsystems.com
              Karl T Anderson (TR)    on behalf of Trustee Karl T Anderson (TR) edansie@hotmail.com,
               kanderson@ecf.epiqsystems.com
              Laily  Boutaleb    on behalf of Debtor Moisey   Fridman laily@mjonesoc.com,
               michaeljonesmyecfmail@gmail.com
              Laily  Boutaleb    on behalf of Joint Debtor Rosa   Fridman laily@mjonesoc.com,
               michaeljonesmyecfmail@gmail.com
              Lindsey L Smith    on behalf of Plaintiff Karl   Anderson lls@lnbyb.com,  lls@ecf.inforuptcy.com
              Lindsey L Smith    on behalf of Plaintiff Karl T Anderson lls@lnbyb.com,  lls@ecf.inforuptcy.com
              Lindsey L Smith    on behalf of Trustee Karl T Anderson (TR) lls@lnbyb.com,  lls@ecf.inforuptcy.com
              Lisa  Torres    on behalf of Creditor Karl   Avetoom ltorres@gogglaw.com,  lsundry@gogglaw.com
              Michael  David    on behalf of Joint Debtor Rosa   Fridman mike@mikedavidlaw.com,
               michaeljonesmyecfmail@gmail.com
              Michael  David    on behalf of Debtor Moisey   Fridman mike@mikedavidlaw.com,
               michaeljonesmyecfmail@gmail.com
              Michael  Jones    on behalf of Debtor Moisey   Fridman mike@mjthelawyer.com,
               michaeljonesmyecfmail@gmail.com
              Michael  Jones    on behalf of Joint Debtor Rosa   Fridman mike@mjthelawyer.com,
               michaeljonesmyecfmail@gmail.com
              Michael  Jones    on behalf of Interested Party    Morris & Stone, LLP mike@mjthelawyer.com,
               michaeljonesmyecfmail@gmail.com
              Michael J Hauser    on behalf of U.S. Trustee    United States Trustee (SA) michael.hauser@usdoj.gov

```
District/off: 0973-8            User: admin               Page 2 of 2                   Date Rcvd: Aug 26, 2015
                                Form ID: pdf042           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Sherilyn L ODell    on behalf of Interested Party    Darling & Risbrough slo@darlingrisbrough.com,
           mrn@darlingrisbrough.com
          Sherilyn L ODell    on behalf of Joint Debtor Rosa    Fridman slo@darlingrisbrough.com,
           mrn@darlingrisbrough.com
          Sherilyn L ODell    on behalf of Debtor Moisey    Fridman slo@darlingrisbrough.com,
           mrn@darlingrisbrough.com
          Thomas J Polis    on behalf of Trustee Karl T Anderson (TR) ecf@polis-law.com,
           paralegal@polis-law.com
          Thomas J Polis    on behalf of Creditor Karl    Avetoom ecf@polis-law.com,    paralegal@polis-law.com
          Todd A Frealy    on behalf of Plaintiff Karl    Anderson taf@lnbrb.com
          Todd A Frealy    on behalf of Plaintiff Karl T Anderson taf@lnbrb.com
          Todd A Frealy    on behalf of Trustee Karl T Anderson (TR) taf@lnbrb.com
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                TOTAL: 41

TODD A. FREALY (SBN 198780)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Ste. 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: taf@lnbyb.com, jyo@lnbyb.com

Attorneys for Karl T. Anderson,
Chapter 7 Trustee



**FILED & ENTERED**

AUG 26 2015

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY steinber    DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>MOISEY FRIDMAN and ROSA FRIDMAN,<br><br>                    Debtors. | Case No. 8:12-bk-11721-ES<br><br>Chapter 7<br><br>**ORDER DENYING DEBTORS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS: FINANCIAL INSTRUMENTS [DOC NO. 436]**<br><br>Date:    August 13, 2015<br>Time:    10:30 a.m.<br>Place:   Courtroom "5A"<br>             411 West Fourth Street<br>             Santa Ana, California |

A hearing was held on August 13, 2015 at 10:30 a.m., before the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California, Santa Ana Division, in Courtroom "5A" located at 411 West Fourth Street, Santa Ana, California, for the Court to consider that certain *Motion To Compel Production Of Documents: Financial Instruments* [Doc. No. 436] (the "Motion") filed by Moisey Fridman and Rosa Fridman, the Chapter 7 debtors herein (together, the "Debtors"). Appearances at the hearing on the Motion were made as set forth on the record of the Court.

1       This Court, having considered the Motion and all papers filed by the Debtors in support of the Motion, the opposition to the Motion filed by Karl Avetoom, the oral statements, arguments and representations of counsel and other parties in interest made at the hearing on the Motion and all matters of record in the Debtors' bankruptcy case, having found that notice of the Motion and the hearing on the Motion was proper and adequate, and based upon the grounds set forth on the record of the Court at the hearing on the Motion and other good cause appearing therefor,

      **IT IS HEREBY ORDERED AS FOLLOWS:**

      1.    The written tentative ruling issued by this Court, a true and correct copy of which is attached as **Exhibit "1"** hereto, is adopted as the ruling of the Court on the Motion and is incorporated herein by this reference, **with the modification that the hearing on the Motion shall not be continued to September 15, 2015 and the tentative ruling under the heading "Tentative Ruling for September 15, 2015 Hearing" is adopted as the actual ruling for the August 13, 2015 hearing.**

      2.    The Motion is denied in its entirety.

      IT IS SO ORDERED.

                                 ###

Date: August 26, 2015

*[signature: Erithe A. Smith]*

Erithe Smith
United States Bankruptcy Judge

# EXHIBIT "1"

# United States Bankruptcy Court
# Central District of California
Santa Ana
Judge Erithe Smith, Presiding
Courtroom 5A Calendar

---

**Thursday, August 13, 2015**                                                              Hearing Room        5A

10:30 AM
**8:12-11721**    Moisey Fridman and Rosa Fridman                                                    Chapter 7

#15.00    Hearing RE: Debtors' Motion for Motion to Compel Production of Documents:
          Financial Instruments

                                    Docket    436

**Courtroom Deputy:**
   - NONE LISTED -

**Tentative Ruling:**

**August 13, 2015**

Continue hearing to September 15, 2015 at 10:30 a.m., based on Debtors' "Notice of Change of Hearing Date" filed August 7, 2015, which the court deems to be a motion for continuance of the hearing to September 15, 2015.

<u>Tentative ruling for September 15, 2015 Hearing:</u>

     The Motion is procedurally and substantively deficient.  Pursuant to the Motion, Debtors purport to seek an order from this Court "compelling the court to turn over documents in its possession for inspection and review." Mot., pg. 2, lns 4-5.  Although Debtors' motion does not clearly identify the "documents" that the Debtors are seeking to have the court produce, it does refer to financial instruments tendered by Creditor Karl Avetoom to the Trustee in connection with the court approved sale of the estate's interest in certain appellate rights.

     The Motion is procedurally deficient because it appears to compel the court to turn over documents.  The Motion states that "Defendants MOISEY FRIDMAN and ROSA FRIDMAN bring this current Motion compelling THE COURT to turn over documents in its possession for inspection and review." Mot., pg. 2, lns 4-5.  The conclusion of the Motion also states that Debtors "request that his Motion be granted with regard to THE COURT delivering copies of the financial instruments, and source of funds…" Mot., pg. 5, lns 23-24.  Finally, Debtors again request "THE COURT provide copies of the

---

# United States Bankruptcy Court
# Central District of California
Santa Ana
Judge Erithe Smith, Presiding
Courtroom 5A Calendar

**Thursday, August 13, 2015**     Hearing Room    **5A**

**10:30 AM**
**CONT...**    **Moisey Fridman and Rosa Fridman**     **Chapter 7**

front and back of the tendered payments…" made by Karl Avetoom to the Trustee in connection with the court approved sale. Debtors' cite no legal authority to compel this court to turn over documents. And even if such authority did exist, the court does not have possession of the documents requested.

To the extent the motion seeks turnover of documents from the Trustee, the Motion is also substantively insufficient. Pursuant to FRCP 37, a motion to compel is only appropriate following properly propounded discovery request for which there is no response. Debtors have not conducted any formal discovery that would implicate FRCP 37.

| Party Information |
|---|

**Debtor(s):**

| | |
|---|---|
| Moisey Fridman | Represented By<br>Michael Jones<br>Laily Boutaleb<br>Michael David<br>Andrew Edward Smyth<br>Sherilyn L ODell |

**Joint Debtor(s):**

| | |
|---|---|
| Rosa Fridman | Represented By<br>Michael Jones<br>Laily Boutaleb<br>Michael David<br>Sherilyn L ODell |

**Movant(s):**

| | |
|---|---|
| Rosa Fridman | Represented By<br>Michael Jones<br>Laily Boutaleb<br>Michael David<br>Sherilyn L ODell |
| Moisey Fridman | Represented By<br>Michael Jones |

# United States Bankruptcy Court
# Central District of California
Santa Ana
**Judge Erithe Smith, Presiding**
**Courtroom 5A Calendar**

**Thursday, August 13, 2015**                                                                 **Hearing Room      5A**

10:30 AM
**CONT...**      **Moisey Fridman and Rosa Fridman**                                                           **Chapter 7**
                                                              Laily Boutaleb
                                                              Michael David
                                                              Andrew Edward Smyth
                                                              Sherilyn L ODell

   **Trustee(s):**

      Karl T Anderson (TR)                              Represented By
                                                              Thomas J Polis
                                                              Juliet Y Oh
                                                              Todd A Frealy
                                                              Carmela Pagay
                                                              Lindsey L Smith
                                                              Karl T Anderson (TR)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

[Tentative Ruling]