TODD A. FREALY (SBN 198780)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Ste. 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: taf@lnbyb.com, jyo@lnbyb.com

Attorneys for Karl T. Anderson,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>MOISEY FRIDMAN and<br>ROSA FRIDMAN,<br><br>Debtors. | Case No. 8:12-bk-11721-ES<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S INTENTION TO ABANDON ASSETS**<br><br>[11 U.S.C. § 554(a); LBR 6007-1]<br><br>[No Hearing Required] |

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) and Local Bankruptcy Rule 6007-1, Karl T. Anderson, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Moisey Fridman and Rosa Fridman, intends to abandon the Estate's right, title, and interest, if any, in the following assets (collectively referred to as the "Assets"):

1) Any and all remaining claims and causes of action of the Estate (including, without limitation, any and all remaining avoidance claims and causes of action of the Estate under Chapter 5 of the Bankruptcy Code) against third parties, including, without limitation, any and all claims and causes of action against the law firm of Darling & Risbrough, LLP, the law

firm of Morris & Stone, LLP, Union Bank, Alex Fridman and Val Fridman, but ***excluding*** the judgment entered by this Court in favor of the Trustee and against Victoria Gureyeva on November 19, 2014 in connection with the adversary proceeding bearing the number 8:14-ap-01037-ES.

The Trustee is informed and believes that costs and length of time required to prosecute the foregoing claims cause the Assets to be burdensome to the Estate. Hence, the Trustee believes that the proposed abandonment of the Assets is in the best interests of the Estate and its creditors.

Pursuant to Local Bankruptcy Rule 6007-1, any objection and request for hearing must be filed and served on the undersigned not more than 14 days after service of this Notice. If no objection or request for hearing is timely filed and served, the Trustee may take the proposed action and the Trustee will be deemed to have abandoned any interest in the Assets 14 days from the date of mailing of this Notice, which date is noted below. No Court order will be required for the abandonment of the Assets to be effective.

If a timely objection and request for hearing is filed and served, the Trustee shall, within 21 days from the date of service of the objection and request for hearing, schedule and give not less than 14 days notice of a hearing to those responding and to the United States Trustee. The proceedings in such matter will be governed by Local Bankruptcy Rule 9013-1(o).

Dated: February 5, 2016        KARL T. ANDERSON, CHAPTER 7 TRUSTEE

By: _____
TODD A. FREALY
JULIET Y. OH
LEVENE, NEALE, BENDER, YOO
    & BRILL L.L.P.
Attorneys for Karl T. Anderson,
Chapter 7 Trustee of the Bankruptcy Estate of
Moisey Fridman and Rosa Fridman

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF CHAPTER 7 TRUSTEE'S INTENTION TO ABANDON ASSETS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 8, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Karl T Anderson (TR)    edansie@hotmail.com, kanderson@ecf.epiqsystems.com
- Laily Boutaleb    laily@mjonesoc.com, michaeljonesmyecfmail@gmail.com
- David W Brody    dbrody@brody-law.com, bknotice@brody-law.com
- Michael David    mike@mikedavidlaw.com, michaeljonesmyecfmail@gmail.com
- Nancy Eng    nce@darlingrisbrough.com, ems@darlingrisbrough.com
- Todd A Frealy    taf@lnbrb.com
- Anthony A Friedman    aaf@lnbyb.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- Irving M Gross    img@lnbrb.com, angela@lnbrb.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Michael Jones    mike@mjthelawyer.com, michaeljonesmyecfmail@gmail.com
- Allan P Leguay    leguay@pacbell.net
- Ali Matin    amatin@bmkattorneys.com
- Brad A Mokri    amirmokri1@yahoo.com, gmokrilaw@yahoo.com
- Sherilyn L ODell    slo@darlingrisbrough.com, mrn@darlingrisbrough.com
- Juliet Y Oh    jyo@lnbyb.com, jyo@lnbrb.com
- John D Ott    Jott@jdolawyers.com
- Carmela Pagay    ctp@lnbrb.com
- Thomas J Polis    ecf@polis-law.com, paralegal@polis-law.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Andrew Edward Smyth    office@smythlo.com
- Lisa Torres    ltorres@gogglaw.com, mburke@gogglaw.com
- Joseph Trenk    trenklaw@gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Gilbert B Weisman    notices@becket-lee.com

**2. SERVED BY UNITED STATES MAIL**: On **February 8, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 8, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served by Overnight Mail***
The Hon. Erithe A. Smith
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

***Served by Email***
Karl Avetoom:  kia002@att.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 8, 2016 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:12-bk-11721-ES<br>Central District of California<br>Santa Ana<br>Mon Feb  8 14:12:24 PST 2016 | Union Bank<br>c/o Law Offices of David W. Brody<br>1350 Columbia St.<br>Suite 403<br>San Diego, CA 92101-3455 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 |
| Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | Beach Crest Villas Homeowner's Associat<br>c/o Thomas J Polis, Esq<br>Polis & Associates, A Professional Law C<br>19800 MacArthur Blvd Ste 1000<br>Irvine, CA 92612-2433 | Darling & Risbrough, LLP<br>19200 Von Karman Ave., Ste. 750<br>Irvine, CA 92612-8519 |
| Equifax Credit Information Services<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>475 Anton Blvd<br>Costa Mesa, CA 92626-7037 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Hahn & Bowersock<br>151 Kalmus Dr., Ste. L-1<br>Costa Mesa, CA 92626-5978 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Karl Avetoom<br>1100 Rutland Road #9<br>Newport Beach, CA 92660-4601 |
| Law Offices of D. Michael Bush<br>9 Corporate Park, Ste. 100<br>Irvine, CA 92606-5171 | TransUnion<br>PO Box 6790<br>Fullerton, CA 92834-9416 | Union Bank<br>PO Box 85643<br>San Diego, CA 92186-5643 |
| Union Bank Real Estate M-723<br>P.O. Box 85600<br>San Diego, CA 92186-5600 | Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines, IA 50328-0001 | Allan Leguay<br>650 Town Center Drive, Suite 1400<br>Costa Mesa, CA 92626-7020 |
| Andrew Edward Smyth<br>Smyth Law Office<br>4929 Wilshire Blvd Ste 690<br>Los Angeles, CA 90010-3820 | Joseph Trenk<br>7136 Haskell Avenue, Suite 126<br>Van Nuys, CA 91406-4151 | Karl Avetoom<br>Polis & Associates, APLC<br>c/o Thomas J. Polis<br>19800 MacArthur Boulevard, Suite 1000<br>Irvine, CA 92612-2433 |
| Karl T Anderson (TR)<br>340 South Farrell Drive, Suite A210<br>Palm Springs, CA 92262-7932 | Laily Boutaleb<br>M Jones & Associates<br>505 N Tustin Ave Ste 105<br>Santa Ana, CA 92705-3735 | Michael David<br>M. Jones & Associates<br>505 N. Tustin Avenue, Suite 105<br>Santa Ana, CA 92705-3735 |
| Michael Jones<br>M Jones & Assoicates, PC<br>505 N Tustin Ave Ste 105<br>Santa Ana, CA 92705-3735 | Moisey Fridman<br>16542 Blackbeard Ln #304<br>Huntington Beach, CA 92649-3439 | Richard A Halderman<br>3857 Birch St., Ste 480<br>Newport Beach, CA 92660-2616 |
| Rosa Fridman<br>16542 Blackbeard Ln #304<br>Huntington Beach, CA 92649-3439 | Sherilyn L ODell<br>Darling & Risbrough LLP<br>19200 Von Karman Ave Ste 750<br>Irvine, CA 92612-8519 | |