# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**TO:** Clerk, Bankruptcy Court, Santa Ana District of Central California

**RE:** MOISEY FRIDMAN; ROSA FRIDMAN

**CA No.:** 16-60064

**BAP No.:** CC-15-1151-FKiKu

**Bkcy Court No.:** 8:12-bk-11721-ES

The judgment of this Panel entered on 07/15/2016 was appealed to the United States Court of Appeals for the Ninth Circuit.

Attached is a copy of the mandate of the Court of Appeals received on 05/24/2017.

The Court of Appeals DISMISSED the appeal of the BAP decision.

Susan M Spraul, BAP Clerk

By: Cherri Yuen, Deputy Clerk
Date: June 1, 2017