KARL T. ANDERSON, CPA, INC.
340 South Farrell Drive, Suite A210
Palm Springs, CA 92262
Telephone: (760) 320-2424
Facsimile: (760) 778-8869
E-mail: ktacpa@msn.com

Accountants for Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>MOISEY FRIDMAN<br>AND ROSA FRIDMAN<br><br><br><br><br><br>Debtor(s) | Case No. 8:12-bk-11721-ES<br>Chapter 7<br><br>**APPLICATION BY ACCOUNTANT FOR CHAPTER 7 TRUSTEE FOR FIRST AND FINAL COMPENSATION FOR THE PERIOD MARCH 22, 2016 THROUGH SEPTEMBER 23, 2017** |

TO THE HONORABLE ERITH A. SMITH, UNITED STATES BANKRUPTCY JUDGE:

This Application for First and Final Compensation and Reimbursement of Expenses is made by Karl T. Anderson, CPA, Inc. (the "Firm") and seeks payment of compensation for services rendered by the Firm as accountants for Karl T. Anderson, Chapter 7 Trustee (the "Trustee"), in the above-captioned bankruptcy case.

1

# I.

## PRELIMINARY SUMMARY OF COMPENSATION DATA

## FOR THIS FIRST AND FINAL APPLICATION

A. DATE OF NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY CERTIFIED PUBLIC ACCOUNTANTS: March 23, 2016

B. DATE OF ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY CERTIFIED PUBLIC ACCOUNTANTS: April 19, 2016

C. PERIOD OF EMPLOYMENT COVERED BY THIS APPLICATION:

March 22, 2016 through September 23, 2017

D. HOURS OF PROFESSIONAL TIME WHICH ARE THE SUBJECT OF THIS APPLICATION:

24.50 Hours

E. FEES REQUESTED BY THIS APPLICATION:

$8,027.50

F. EXPENSES REQUESTED BY THIS APPLICATION:

$1,243.22

G. AMOUNT OF PRE-PETITION RETAINER RECEIVED BY APPLICANT:

NONE

H. AMOUNT OF FEES AND EXPENSES PREVIOUSLY AWARDED:

NONE

I. AMOUNT OF FEES AND EXPENSES PREVIOUSLY PAID:

NONE

## II.

## **INTRODUCTION**

1. This Application is filed by the Firm pursuant to Section 330 of the Bankruptcy Code (11 U.S.C. 330) Federal Rule of Bankruptcy Procedure 2016(a), Local Bankruptcy Rule 2016.1 and the Guidelines of the United States Trustee for the Central District of California.

2. This case was commenced by the filing of an involuntary petition under Chapter 7 of the Bankruptcy Code on February 10, 2012.

3. Karl T. Anderson was elected and appointed to act as the Interim Trustee.

4. On March 23, 2016, the Trustee submitted an application to employ the accounting firm of Karl T. Anderson CPA, Inc. (the "Firm").

5. The Court entered an order approving the Firm's employment on April 19, 2016.

6. By this application, the Firm seeks Court approval of first and final compensation for the period March 22, 2016 to September 23, 2017. Such requested first and final compensation consists of fees of $8,027.50 and expenses of $1,243.22 in connection with 24.50 hours expended in furnishing accounting services.

7. Karl T. Anderson CPA, Inc. is a professional accountancy corporation composed of two Certified Public Accountants. The Firm maintains its principal office at 340 South Farrell Drive, Suite A210, Palm Springs, CA 92262.

8. All of the professional services which are the subject matter of this Application were rendered by the Firm exclusively to, or for the benefit of, the Trustee, at the request of the Trustee, and not for any other entity.

9. All of the expenses which are the subject matter of this Application were actually and necessarily incurred by the Firm in connection with its rendition of professional services to, or for the benefit of, the Trustee, or in connection with obtaining the approval of the Court for compensation.

10. In the ordinary course of its business, the Firm maintains records of time expended by all professionals in connection with professional services rendered to its clients. The time records are made contemporaneously with the rendition of professional services and are prepared by the professional who

has rendered the services. The Firm can make such original detailed time records available to the Court, or to any party, as the Court may direct.

11. A Professional Activity Summary of the hours of time expended for each matter and by each professional of the Firm is attached as Exhibit "A" and by this reference, fully incorporated herein.

12. A Professional Fee Statement detailing all of the professional services rendered for the period of time covered by this Application (March 22, 2016 to September 23, 2017) as transcribed from the Firm's contemporaneous time records, is attached here as Exhibit "B", detailed by matter and by this reference, fully incorporated herein. The Firm's contemporaneous time records show the professional services rendered, the date on which such services were performed, the person who performed such services and the amount of time spent in performing such services.

13. A Monthly Summary of Fees for each matter is attached as Exhibit "C" and by this reference, fully incorporated herein.

14. An Expense and Disbursement Summary is attached as Exhibit "D". This schedule provides a monthly summary of expenses by category.

## III.
## SUMMARY OF ACCOUNTING SERVICES PERFORMED
## BY KARL T. ANDERSON CPA, INC.

1. The Firm was employed by the Trustee to perform fiduciary duties that require the service of Certified Public Accountants, as well as to advise and assist him regarding the following matters:

2. The accountants were required to analyze the Debtors' bankruptcy petition, schedules, and statements to understand the nature and history of case.

3. The accountants were required to
    (a) review and analyze the closing escrow statement related to sale of the Debtors' principal residence

 (b) investigate and determine tax basis of the subject property

 (c) calculate the Estate's taxable sale proceeds, deductible expenses and net gain or loss resulting from the transaction

4. The accountants reviewed Court pleadings and orders to determine the tax consequences of other proceeds from settlements, sale or administration of Estate assets.

5. The Firm was required to analyze and prepare a schedule of Form 2 cash receipts and disbursements for the years 2012 through 2017.

6. The accountants prepared the 2012, 2013, 2014, 2015, 2016 and 2017 Federal and California fiduciary income tax returns (Forms 1041 with 1040 attachment and 541 with Form 540 attachment) for the Estate.

7. The Firm also prepared an amended Federal 2015 income tax return to carryback an adminstrative net operating loss to eliminate a tax liability that would have otherwise resulted to the Estate.

8. The Firm also prepared Federal and California Section 505(b) prompt determination request letters.

## IV.

## THE STANDARD TO BE APPLIED IN AWARDING FEES
## TO PROFESSIONALS IN BANKRUPTCY CASES

Section 330 of the Bankruptcy Code (11 U.S.C. 330) authorizes compensation for professionals rendering services in connection with a bankruptcy case. Under section 330(a)(1), the responsibility for determining reasonable compensation for services rendered to the estate rests with the Bankruptcy Judge. Section 330(a)(1) requires the compensation awarded be "based on the time, the nature, the extent, and the value of the services rendered, and the costs of comparable services other than in a case under [the Code]."

The Applicant's time records demonstrate the Applicant has spent more than 24.50 hours in performing the tasks for which it was employed. The Applicant submits a review of its time records will

disclose all of the time spent was reasonable and necessary for the adequate representation of the estate in connection with the maters for which the Applicant was employed.

Undoubtedly, what is more important than the quantity of the time spent is the quality of the services performed. Many courts recognize that a strict adherence to time alone, without consideration of other factors, would not be fair. As stated in <u>Collier on Bankruptcy:</u>

> "Undue emphasis on the factor of time fails to acknowledge the fact that skill and experience may accomplish much in a short period of time. It also ignores the fact that some services are routine and ordinary while others involve complex and difficult issues." 2 <u>Collier on Bankruptcy</u>, ¶330.05[b] at 330-14 (15th Ed. 1981)

## V.
## **STATEMENT RE BANKRUPTCY RULE 2016(A)**

1. The Firm has not received any compensation from the Trustee, nor been promised compensation by the Trustee for services rendered by it to the Trustee. No agreement or understanding exists between the Firm and any other entity for the sharing of compensation to be received.

2. The Applicant has attached as Exhibit "E", biographical information concerning the professionals rendering services during the period covered by this Application.

## VI.
## **CONCLUSION**

As is evident by this Application, the Applicant has spent considerable time in connection with this case and has achieved beneficial results for its efforts.

Based on the Applicant's efforts, the Applicant's fees total the sum of $8,027.50. The Applicant is also requesting to be reimbursed costs in the sum of $1,243.22.

WHEREFORE, the Applicant respectfully requests that this Court, after notice and hearing, make and enter its Order awarding the Applicant final compensation for services rendered in the sum of $8,027.50 and to be reimbursed for costs advanced in the sum of $1,243.22.

DATED: 09/26/17

KARL T. ANDERSON CPA, INC.
A Professional Corporation

By _____
KARL T. ANDERSON, CPA

## DECLARATION OF KARL T. ANDERSON

I, Karl T. Anderson, declare as follows:

1.  I am, and at all relevant times have been the duly appointed, qualified and acting Chapter 7 Trustee in the above-captioned bankruptcy case. I have personal knowledge of the matters discussed below, and if called as a witness, I could and would competently testify thereto.

2.  I have reviewed the attached Application by Accountant for Chapter 7 Trustee for First and Final Compensation for the period March 22, 2016 to September 23, 2017 (the "Application") and am familiar with its contents.

3.  As a result of my review of the above referenced document, I believe that the services rendered by Karl T. Anderson CPA, Inc. on behalf of the estate were necessary as well as efficiently performed. Accordingly, I do not oppose and in fact support the Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 26th day of September, 2017 at Palm Springs, California.

_____
KARL T. ANDERSON
Chapter 7 Trustee

\

**Moisey & Rosa Fridman Bankruptcy Estate**
**(Bankruptcy Case Number: 8:12-bk-11721-ES)**
**Karl T. Anderson CPA, Inc.**
**Professional Activity Summary**

| Description | Name | Hourly Rate | Hours | Total Amount |
|---|---|---|---|---|
| **Income Tax Services:** | | | | |
| FYE 2017: | | | | |
| Principal / CPA | Karl T. Anderson | $ 350.00 | 20.90 | $ 7,315.00 |
| CPA | Murray A. Savage | 250.00 | 2.10 | 525.00 |
| Paralegal | Susan Anderson | 125.00 | 1.50 | 187.50 |
| | | Totals | 24.50 | $ 8,027.50 |

Exhibit A

**Moisey & Rosa Fridman Bankruptcy Estate**
**(Bankruptcy Case Number: 8:12-bk-11721-ES)**
**Karl T. Anderson CPA, Inc.**
**Professional Fee Statement**

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|---|---|---|---|---|---|---|
| Karl T. Anderson | Principal / CPA | $ 350.00 | 03/22/16 | 0.30 | $ 105.00 | Prepare narrative of tax return requirements for new case assignment |
| Susan Anderson | Paralegal | 125.00 | 03/22/16 | 1.50 | 187.50 | Prepare CPA employment application and notice |
| Karl T. Anderson | Principal / CPA | 350.00 | 05/10/17 | 0.20 | 70.00 | Review case status re: tax issues |
| Karl T. Anderson | Principal / CPA | 350.00 | 05/24/17 | 1.50 | 525.00 | Begin analysis and work-in-process re: preparing schedule of Form 2 cash receipts and disbursements for tax years 2012 to 2017; review tax related Court pleadings and sale transactions |
| Karl T. Anderson | Principal / CPA | 350.00 | 05/25/17 | 4.00 | 1,400.00 | Complete analysis and preparation of schedule re: Form 2 cash receipts and disbursements for tax years 2012 to 2017; review tax related Court pleadings and sale transactions |
| Karl T. Anderson | Principal / CPA | 350.00 | 08/07/17 | 6.70 | 2,345.00 | Begin work-in-process re: preparation of 2012 to 2017 Federal and state fiduciary income tax returns, including amended 2015 Federal income tax return |
| Karl T. Anderson | Principal / CPA | 350.00 | 08/08/17 | 5.00 | 1,750.00 | Complete work-in-process re: preparation of 2012 to 2017 Federal and state fiduciary income tax returns, including amended 2015 Federal tax return |
| Murray A. Savage | CPA | 250.00 | 08/09/17 | 2.10 | 525.00 | Technical and compliance review of 2012 to 2017 Federal and state fiduciary income tax returns and amended 2015 Federal tax return |
| Karl T. Anderson | Principal / CPA | 350.00 | 08/09/17 | 0.70 | 245.00 | Final review, signature and processing of 2012 to 2017 Federal and state fiduciary income tax returns, as well as amended 2015 Federal return |
| Karl T. Anderson | Principal / CPA | 350.00 | 09/23/17 | 2.50 | 875.00 | Prepare first and final CPA fee application |
| | | | Totals | 24.50 | $ 8,027.50 | |

Exhibit B

**Moisey & Rosa Fridman Bankruptcy Estate**
**(Bankruptcy Case Number: 8:12-bk-11721-ES)**
**Karl T. Anderson CPA, Inc.**
**Monthly Summary of Fees**

| Month / Year | Amount |
|---|---:|
| March-16 | $ 292.50 |
| May-17 | 1,995.00 |
| August-17 | 4,865.00 |
| September-17 | 875.00 |
| Totals | $ 8,027.50 |

Exhibit C

**Moisey & Rosa Fridman Bankruptcy Estate**
**(Bankruptcy Case Number: 8:12-bk-11721-ES)**
**Karl T. Anderson CPA, Inc.**
**Expense and Disbursement Summary**

| Month / Year | Lacerte Tax Software | Postage | Photocopy | Total Amount |
|---|---|---|---|---|
| March-17 | $ - | $ 36.40 | $ 91.00 | $ 127.40 |
| August-17 | 960.00 | 15.12 | 120.50 | 1,095.62 |
| September-17 | - | 5.20 | 15.00 | 20.20 |
| Totals | $ 960.00 | $ 56.72 | $ 226.50 | $ 1,243.22 |

**Exhibit D**

## Karl T. Anderson CPA, Inc.
## Biographical Information

**Karl T. Anderson** has been a Certified Public Accountant since 1978. He has a Bachelor of Science Degree in Accounting (1968) and a Master of Science Degree in Business Administration (1973) from San Diego State University.

Mr. Anderson has owned this public accounting practice since 1979. In addition to providing accounting and tax services, he is a Chapter 7 Panel Member (Trustee) for the United States Bankruptcy Court, Riverside, California since 1990. He is a state court appointed receiver, a member of the U.S. Bankruptcy Court, Central District of California Mediation Panel, Certified Insolvency and Reorganization Analyst and a Certified Valuation Analyst.

**Murray A. Savage** has been in public accounting since 1974. He is a licensed CPA in Texas and has extensive auditing and accounting experience. He is also an experienced the preparation of income tax returns. Mr. Savage earned a Bachelor of Business Administration Degree from the University of Texas at Austin.

**Exhibit E**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is

Karl T. Anderson, CPA, Inc.
340 South Farrell Drive, Suite A210
Palm Springs, California 92262.

The foregoing document described **APPLICATION BY ACCOUNTANT FOR CHAPTER 7 TRUSTEE FOR FIRST AND FINAL COMPENSATION FOR THE PERIOD MARCH 22, 2016 THROUGH SEPTEMBER 23, 2017** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 26, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Karl T Anderson (TR)    edansie@hotmail.com, kanderson@ecf.epiqsystems.com
- Laily Boutaleb    laily@mjonesoc.com, michaeljonesmyecfmail@gmail.com
- David W Brody    dbrody@brody-law.com, bknotice@brody-law.com
- Michael David    mike@mikedavidlaw.com, michaeljonesmyecfmail@gmail.com
- Nancy Eng    nce@darlingrisbrough.com, ems@darlingrisbrough.com
- Todd A Frealy    taf@lnbrb.com
- Todd A Frealy    taf@lnbrb.com
- Anthony A Friedman    aaf@lnbyb.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
- Irving M Gross    img@lnbrb.com, angela@lnbrb.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Michael Jones    mike@mjthelawyer.com, michaeljonesmyecfmail@gmail.com
- Allan P Leguay    leguay@pacbell.net
- Ali Matin    amatin@bmkattorneys.com
- Brad A Mokri    amirmokri1@yahoo.com, gmokrilaw@yahoo.com
- Sherilyn L ODell    slo@darlingrisbrough.com, mrn@darlingrisbrough.com
- Juliet Y Oh    jyo@lnbyb.com, jyo@lnbrb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- John D Ott    Jott@jdolawyers.com
- Carmela Pagay    ctp@lnbrb.com
- Thomas J Polis    ecf@polis-law.com, paralegal@polis-law.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Andrew Edward Smyth    office@smythlo.com
- Lisa Torres    ltorres@gogglaw.com, mburke@gogglaw.com
- Joseph Trenk    trenklaw@gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Gilbert B Weisman    notices@becket-lee.com

9

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:** On September 26, 2017, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Erithe A. Smith, Ronald Reagan Federal Building, 411 W. Fourth St., Santa Ana, CA 92701
Karl R. Gonter, Gates O'Doherty Gonter & Guy, 15635 Alton Pkwy-260, Irvine, CA 92618
Richard A. Halderman, 3857 Birch St., Ste 480, Newport Beach, CA 92660

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION, OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 26, 2017 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/26/2017 | Karla S. Anderson | [signature] |
|---|---|---|
| Date | Type Name | Signature |

10