TODD A. FREALY (SBN 198780)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Ste. 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: taf@lnbyb.com, jyo@lnbyb.com

Attorneys for Karl T. Anderson,
Chapter 7 Trustee

**FILED & ENTERED**

**JAN 08 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:12-bk-11721-ES |
| MOISEY FRIDMAN and ROSA FRIDMAN, | Chapter 7 |
| Debtors. | **ORDER GRANTING MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR ENTRY OF ORDER AUTHORIZING TRUSTEE TO COMPROMISE CONTROVERSY WITH FARNAZ CALAFI AND BEACH CREST VILLAS HOMEOWNERS ASSOCIATION, IN ACCORDANCE WITH THE TERMS AND CONDITIONS SET FORTH IN THAT CERTAIN *STIPULATION BY AND AMONG KARL ANDERSON, CHAPTER 7 TRUSTEE, FARNAZ CALAFI, AND BEACH CREST VILLAS HOMEOWNERS ASSOCIATION REGARDING THE RELEASE OF FUNDS RESERVED FROM THE PROCEEDS OF THE SALE OF THE DEBTORS' REAL PROPERTY*** |
| | [No Hearing Required] |

1

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 9019 and Local Bankruptcy Rule 9013-1(o), Karl T. Anderson, the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Moisey Fridman and Rosa Fridman (together, the "Debtors"), hereby files this motion (the "Motion") for the entry of an order authorizing the Trustee to compromise a controversy with Farnaz Calafi (the "Purchaser"), the purchaser of the real property previously owned by the Debtors located at 1100 Rutland Road, Unit No. 7, Newport Beach, California 92660 (the "Property"), and Beach Crest Villas Homeowners Association (the "HOA"), the homeowners association in which the Purchaser became a member upon purchasing the Property, in accordance with the terms and conditions set forth in that certain *Stipulation By And Among Karl Anderson, Chapter 7 Trustee, Farnaz Calafi, And Beach Crest Villas Homeowners Association Regarding The Release Of Funds Reserved From The Proceeds Of The Sale Of The Debtors' Real Property* (the "Stipulation"), a true and correct copy of which Stipulation is attached as **Exhibit "1"** to the Declaration of Karl T. Anderson annexed hereto (the "Anderson Declaration"). The complete bases of the Motion are set forth in the Memorandum of Points and Authorities annexed hereto.

The Court having read and considered that certain *Motion Pursuant To Federal Rule Of Bankruptcy Procedure 9019 For Entry Of Order Authorizing Trustee To Compromise Controversy With Farnaz Calafi And Beach Crest Villas Homeowners Association, In Accordance With The Terms And Conditions Set Forth In That Certain Stipulation By And Among Karl Anderson, Chapter 7 Trustee, Farnaz Calafi, And Beach Crest Villas Homeowners Association Regarding The Release Of Funds Reserved From The Proceeds Of The Sale Of The Debtors' Real Property* [Doc. No. 554] (the "Motion") filed by Karl T. Anderson, the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Moisey Fridman and Rosa Fridman, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1.    The Motion is granted in its entirety.

1      2.      The proposed compromise among the Trustee, the Purchaser and the HOA, in

2  accordance with the terms and conditions set forth in the Stipulation, is approved.

3      3.      The Trustee is authorized to take all steps reasonably necessary to implement

4  and consummate the terms and conditions of the Stipulation.

5                                    # # #

Date: January 8, 2018

Erithe Smith
United States Bankruptcy Judge

3