United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 12-11721-ES
Moisey Fridman                                                      Chapter 7
Rosa Fridman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: tduarteC            Page 1 of 2              Date Rcvd: Jan 08, 2018
                              Form ID: pdf042           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2018.
db/jdb         +Moisey Fridman,    Rosa Fridman,    16542 Blackbeard Ln #304,    Huntington Beach, CA 92649-3439

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                   Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2018 at the address(es) listed below:
              Ali Matin    on behalf of Interested Party    Courtesy NEF amatin@bmkattorneys.com,
               admin@bmkattorneys.com;chowland@bmkattorneys.com
              Allan P Leguay    on behalf of Respondent Allan  Leguay leguay@pacbell.net
              Andrew Edward Smyth    on behalf of Debtor Moisey  Fridman office@smythlo.com
              Anthony A Friedman    on behalf of Plaintiff Karl T Anderson aaf@lnbyb.com
              Beth Gaschen    on behalf of Interested Party    Darling & Risbrough bgaschen@wgllp.com,
               kadele@wgllp.com;lfisk@wgllp.com;lgauthier@lwgfllp.com;nlockwood@lwgfllp.com
              Brad A Mokri    on behalf of Defendant Alex  Fridman amirmokri1@yahoo.com,  gmokrilaw@yahoo.com
              Brad A Mokri    on behalf of Defendant Val  Fridman amirmokri1@yahoo.com,  gmokrilaw@yahoo.com
              Carmela Pagay    on behalf of Trustee Karl T Anderson (TR) ctp@lnbyb.com
              David W Brody    on behalf of Creditor    Union Bank dbrody@brody-law.com,  bknotice@brody-law.com
              Gilbert B Weisman, ll    on behalf of Interested Party    Courtesy NEF notices@becket-lee.com
              Irving M Gross    on behalf of Plaintiff Karl  Anderson img@lnbyb.com,  john@lnbyb.com
              John D Ott    on behalf of Defendant Moisey O. Fridman Jott@jdolawyers.com
              John D Ott    on behalf of Defendant Rosa A. Fridman Jott@jdolawyers.com
              Joseph Trenk    on behalf of Interested Party Joseph  Trenk trenklaw@gmail.com
              Joseph Trenk    on behalf of Defendant Victoria  Gureyeva trenklaw@gmail.com
              Juliet Y Oh    on behalf of Plaintiff Karl  Anderson jyo@lnbyb.com,  jyo@lnbrb.com
              Juliet Y Oh    on behalf of Trustee Karl T Anderson (TR) jyo@lnbrb.com,  jyo@lnbrb.com
              Karl T Anderson (TR)    edansie@hotmail.com,  kanderson@ecf.epiqsystems.com
              Laily Boutaleb    on behalf of Debtor Moisey  Fridman laily@mjonesoc.com,
               michaeljonesmyecfmail@gmail.com
              Laily Boutaleb    on behalf of Joint Debtor Rosa  Fridman laily@mjonesoc.com,
               michaeljonesmyecfmail@gmail.com
              Lindsey L Smith    on behalf of Plaintiff Karl  Anderson lls@lnbyb.com,  lls@ecf.inforuptcy.com
              Lindsey L Smith    on behalf of Plaintiff Karl T Anderson lls@lnbyb.com,  lls@ecf.inforuptcy.com
              Lindsey L Smith    on behalf of Trustee Karl T Anderson (TR) lls@lnbyb.com,  lls@ecf.inforuptcy.com
              Lisa Torres    on behalf of Creditor Karl  Avetoom ltorres@gogglaw.com,  mburke@gogglaw.com
              Michael Jones    on behalf of Debtor Moisey  Fridman mike@mjthelawyer.com,
               michaeljonesmyecfmail@gmail.com
              Michael Jones    on behalf of Joint Debtor Rosa  Fridman mike@mjthelawyer.com,
               michaeljonesmyecfmail@gmail.com
              Michael Jones    on behalf of Interested Party    Morris & Stone, LLP mike@mjthelawyer.com,
               michaeljonesmyecfmail@gmail.com
              Michael Galang David    on behalf of Debtor Moisey  Fridman mike@mikedavidlaw.com,
               notices@nextchapterbk.com
              Michael Galang David    on behalf of Joint Debtor Rosa  Fridman mike@mikedavidlaw.com,
               notices@nextchapterbk.com
              Michael J Hauser    on behalf of U.S. Trustee    United States Trustee (SA) michael.hauser@usdoj.gov
              Nancy Eng    on behalf of Interested Party    Darling & Risbrough nce@darlingrisbrough.com,
               ems@darlingrisbrough.com

```
District/off: 0973-8             User: tduarteC              Page 2 of 2                  Date Rcvd: Jan 08, 2018
                                 Form ID: pdf042             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Sherilyn L ODell    on behalf of Interested Party    Darling & Risbrough slo@darlingrisbrough.com, mrn@darlingrisbrough.com
          Sherilyn L ODell    on behalf of Joint Debtor Rosa    Fridman slo@darlingrisbrough.com, mrn@darlingrisbrough.com
          Sherilyn L ODell    on behalf of Debtor Moisey    Fridman slo@darlingrisbrough.com, mrn@darlingrisbrough.com
          Thomas J Polis    on behalf of Trustee Karl T Anderson (TR) tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
          Thomas J Polis    on behalf of Creditor Karl    Avetoom tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
          Todd A Frealy    on behalf of Plaintiff Karl    Anderson taf@lnbrb.com
          Todd A Frealy    on behalf of Plaintiff Karl T Anderson taf@lnbrb.com
          Todd A Frealy    on behalf of Trustee Karl T Anderson (TR) taf@lnbrb.com
          United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

                                                                                                                                           TOTAL: 40

TODD A. FREALY (SBN 198780)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Ste. 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: taf@lnbyb.com, jyo@lnbyb.com

Attorneys for Karl T. Anderson,
Chapter 7 Trustee

**FILED & ENTERED**

**JAN 08 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>MOISEY FRIDMAN and ROSA FRIDMAN,<br><br>Debtors. | Case No. 8:12-bk-11721-ES<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR ENTRY OF ORDER AUTHORIZING TRUSTEE TO COMPROMISE CONTROVERSY WITH FARNAZ CALAFI AND BEACH CREST VILLAS HOMEOWNERS ASSOCIATION, IN ACCORDANCE WITH THE TERMS AND CONDITIONS SET FORTH IN THAT CERTAIN *STIPULATION BY AND AMONG KARL ANDERSON, CHAPTER 7 TRUSTEE, FARNAZ CALAFI, AND BEACH CREST VILLAS HOMEOWNERS ASSOCIATION REGARDING THE RELEASE OF FUNDS RESERVED FROM THE PROCEEDS OF THE SALE OF THE DEBTORS' REAL PROPERTY*<br><br>[No Hearing Required] |

1

1  **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure
2  9019 and Local Bankruptcy Rule 9013-1(o), Karl T. Anderson, the duly appointed Chapter 7
3  Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Moisey Fridman and Rosa
4  Fridman (together, the "Debtors"), hereby files this motion (the "Motion") for the entry of an
5  order authorizing the Trustee to compromise a controversy with Farnaz Calafi (the
6  "Purchaser"), the purchaser of the real property previously owned by the Debtors located at
7  1100 Rutland Road, Unit No. 7, Newport Beach, California 92660 (the "Property"), and Beach
8  Crest Villas Homeowners Association (the "HOA"), the homeowners association in which the
9  Purchaser became a member upon purchasing the Property, in accordance with the terms and
10 conditions set forth in that certain *Stipulation By And Among Karl Anderson, Chapter 7*
11 *Trustee, Farnaz Calafi, And Beach Crest Villas Homeowners Association Regarding The*
12 *Release Of Funds Reserved From The Proceeds Of The Sale Of The Debtors' Real Property*
13 (the "Stipulation"), a true and correct copy of which Stipulation is attached as **Exhibit "1"** to
14 the Declaration of Karl T. Anderson annexed hereto (the "Anderson Declaration"). The
15 complete bases of the Motion are set forth in the Memorandum of Points and Authorities
16 annexed hereto.

17  The Court having read and considered that certain *Motion Pursuant To Federal Rule Of*
18 *Bankruptcy Procedure 9019 For Entry Of Order Authorizing Trustee To Compromise*
19 *Controversy With Farnaz Calafi And Beach Crest Villas Homeowners Association, In*
20 *Accordance With The Terms And Conditions Set Forth In That Certain Stipulation By And*
21 *Among Karl Anderson, Chapter 7 Trustee, Farnaz Calafi, And Beach Crest Villas Homeowners*
22 *Association Regarding The Release Of Funds Reserved From The Proceeds Of The Sale Of The*
23 *Debtors' Real Property* [Doc. No. 554] (the "Motion") filed by Karl T. Anderson, the duly
24 appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Moisey Fridman and
25 Rosa Fridman, and good cause appearing therefor,

26  IT IS HEREBY ORDERED AS FOLLOWS:
27  1.    The Motion is granted in its entirety.
28

2

2. The proposed compromise among the Trustee, the Purchaser and the HOA, in accordance with the terms and conditions set forth in the Stipulation, is approved.

3. The Trustee is authorized to take all steps reasonably necessary to implement and consummate the terms and conditions of the Stipulation.

###

Date: January 8, 2018

*Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge

3