TODD A. FREALY (SBN 198780)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Ste. 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: taf@lnbyb.com, jyo@lnbyb.com

Attorneys for Karl T. Anderson,
Chapter 7 Trustee

FILED & ENTERED

FEB 28 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MOISEY FRIDMAN and ROSA FRIDMAN,<br><br>Debtors. | Case No. 8:12-bk-11721-ES<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 FOR ENTRY OF ORDER AUTHORIZING TRUSTEE TO COMPROMISE CONTROVERSY WITH CREDITOR KARL AVETOOM, IN ACCORDANCE WITH THE TERMS AND CONDITIONS SET FORTH IN THAT CERTAIN *STIPULATION BY AND BETWEEN KARL ANDERSON, CHAPTER 7 TRUSTEE, AND CREDITOR KARL AVETOOM REGARDING THE DISTRIBUTION OF ESTATE FUNDS***<br><br>[No Hearing Required Unless Requested Pursuant to Local Bankruptcy Rule 9013-1(o)] |

The Court having read and considered the *Notice Of Motion And Motion Pursuant To Federal Rule Of Bankruptcy Procedure 9019 For Entry Of Order Authorizing Trustee To Compromise Controversy With Creditor Karl Avetoom, In Accordance With The Terms And Conditions Set Forth In That Certain Stipulation By And Between Karl Anderson, Chapter 7*

1

*Trustee, Farnaz Calafi, And Creditor Karl Avetoom Regarding The Distribution Of Estate Funds* [Doc. No. 558] (the "Motion") filed by Karl T. Anderson, the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Moisey Fridman and Rosa Fridman, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted in its entirety.

2. The proposed compromise between the Trustee and creditor Karl Avetoom regarding the distribution of the funds available in the Estate, in accordance with the terms and conditions set forth in that certain *Stipulation By And Between Karl Anderson, Chapter 7 Trustee, Farnaz Calafi, And Creditor Karl Avetoom Regarding The Distribution Of Estate Funds* (the "Stipulation"), a true and correct copy of which Stipulation is attached as Exhibit "A" to the Declaration of Karl T. Anderson annexed to the Motion, is approved.

3. The Trustee is authorized to distribute the Net Estate Funds (as that term is defined in the Stipulation) in accordance with the terms and conditions set forth in the Stipulation and to take all other steps reasonably necessary to implement and consummate the terms and conditions of the Stipulation.

### #

Date: February 28, 2018

Erithe Smith
United States Bankruptcy Judge