ORIGINAL

Karl Avetoom, In Pro Per
1100 Rutland Road # 9
Newport Beach, CA 92660
(949) 929-4787
kia002@att.net

Creditor, In pro per



FILED
MAR 27 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

Moisey Fridman and Rosa Fridman,

Debtors

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Main Case No: 8:12-bk-11721-ES

Chapter 7
Hon. Erithe A. Smith

**NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER DISSOLVING OR MODIFYING THE CHAPTER 7 TRUSTEE AND DEFENDANT VAL FRIDMAN AND ALEX FRIDMAN'S PROTECTIVE ORDER FOR CREDITOR'S USE IN STATE BASED LITIGATION; SUPPORTING DECLARATION OF KARL AVETOOM.**

[Doc # 573]

Date:   April 5, 2018
Time:   10:30 a.m.
Place:  Courtroom "5A"
        411 West Fourth Street
        Santa Ana, CA

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD.**

Based upon representations by Counsel for the Chapter 7 Trustee that he no longer retains any discovery documents from his adversary proceeding against Defendants ALEX FRIDMAN and VAL FRIDMAN, Movant hereby withdraws his Motion for an order dissolving the protective order seeking to obtain documents from Counsel for the Chapter 7 Trustee without prejudice.

1

WITHDRAWAL OF MOTION TO DISSOLVE OR MODIFY THE STIPULATED PROTECTIVE ORDER

1 | Based upon information disclosed by Trustee's counsel Todd Frealy, Movant will subpoena the
2 | bank records in the pending State Court action directly from the relevant financial institutions
3 | previously disclosed by Trustee's counsel in 2017.

Dated: March 27, 2018                    By: _____
                                              Karl Avetoom

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

OPR 7451 Warner Ave #E191 Huntington Beach, CA 92647

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER DISSOLVING OR MODIFYING THE CHAPTER 7 TRUSTEE AND DEFENDANT VAL FRIDMAN AND ALEX FRIDMAN'S PROTECTIVE ORDER FOR CREDITOR'S USE IN STATE BASED LITIGATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/8/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) MARCH 27, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

MOISEY FRIDMAN AND ROSA FRIDMAN (DEBTORS)
16542 Blackbeard Ln #304, Huntington Beach, CA 92649

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) MARCH 27, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe A. Smith 411 West Fourth Street, Suite 5040 Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/27/2018 | SAL HANNA | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

*ECF SERVICE LIST*
*Page 1 of 2*

Ali Matin on behalf of Interested Party Courtesy NEF amatin@bmkattorneys.com, admin@bmkattorneys.com;chowland@bmkattorneys.com
Allan P Leguay on behalf of Respondent Allan Leguay leguay@pacbell.net
Andrew Edward Smyth on behalf of Debtor Moisey Fridman office@smythlo.com
Anthony A Friedman on behalf of Plaintiff Karl T Anderson aaf@lnbyb.com
Beth Gaschen on behalf of Interested Party Darling & Risbrough bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;lgauthier@lwgfllp.com;nlockwood@lwgfllp.com
Brad A Mokri on behalf of Defendant Alex Fridman amirmokri1@yahoo.com, gmokrilaw@yahoo.com
Brad A Mokri on behalf of Defendant Val Fridman amirmokri1@yahoo.com, gmokrilaw@yahoo.com
Carmela Pagay on behalf of Trustee Karl T Anderson (TR) ctp@lnbyb.com
David W Brody on behalf of Creditor Union Bank dbrody@brody-law.com, bknotice@brody-law.com
Gilbert B Weisman, II on behalf of Interested Party Courtesy NEF notices@becket-lee.com
Irving M Gross on behalf of Plaintiff Karl Anderson img@lnbyb.com, john@lnbyb.com
John D Ott on behalf of Defendant Moisey O. Fridman Jott@jdolawyers.com
John D Ott on behalf of Defendant Rosa A. Fridman Jott@jdolawyers.com
Joseph Trenk on behalf of Interested Party Joseph Trenk trenklaw@gmail.com
Joseph Trenk on behalf of Defendant Victoria Gureyeva trenklaw@gmail.com
Juliet Y Oh on behalf of Trustee Karl T Anderson (TR) jyo@lnbrb.com, jyo@lnbrb.com
Karl T Anderson (TR) edansie@hotmail.com, kanderson@ecf.epiqsystems.com
Laily Boutaleb on behalf of Debtor Moisey Fridman laily@mjonesoc.com, michaeljonesmyecfmail@gmail.com
Laily Boutaleb on behalf of Joint Debtor Rosa Fridman laily@mjonesoc.com, michaeljonesmyecfmail@gmail.com
Lindsey L Smith on behalf of Plaintiff Karl Anderson lls@lnbyb.com, lls@ecf.inforuptcy.com
Lindsey L Smith on behalf of Plaintiff Karl T Anderson lls@lnbyb.com, lls@ecf.inforuptcy.com
Lindsey L Smith on behalf of Trustee Karl T Anderson (TR) lls@lnbyb.com, lls@ecf.inforuptcy.com
Lisa Torres on behalf of Creditor Karl Avetoom ltorres@gogglaw.com, mburke@gogglaw.com
Michael Jones on behalf of Debtor Moisey Fridman mike@mjthelawyer.com, michaeljonesmyecfmail@gmail.com
Michael Jones on behalf of Joint Debtor Rosa Fridman mike@mjthelawyer.com, michaeljonesmyecfmail@gmail.com
Michael Jones on behalf of Interested Party Morris & Stone, LLP mike@mjthelawyer.com, michaeljonesmyecfmail@gmail.com
Michael Galang David on behalf of Debtor Moisey Fridman mike@mikedavidlaw.com, notices@nextchapterbk.com
Michael Galang David on behalf of Joint Debtor Rosa Fridman mike@mikedavidlaw.com, notices@nextchapterbk.com
Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov
Nancy Eng on behalf of Interested Party Darling & Risbrough nce@darlingrisbrough.com, ems@darlingrisbrough.com
Sherilyn L ODell on behalf of Interested Party Darling & Risbrough slo@darlingrisbrough.com, mrn@darlingrisbrough.com
Sherilyn L ODell on behalf of Joint Debtor Rosa Fridman slo@darlingrisbrough.com, mrn@darlingrisbrough.com
Sherilyn L ODell on behalf of Debtor Moisey Fridman slo@darlingrisbrough.com,

*ECF SERVICE LIST*
*Page 2 of 2*

mrn@darlingrisbrough.com
Thomas J Polis on behalf of Trustee Karl T Anderson (TR) tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
Thomas J Polis on behalf of Creditor Karl Avetoom tom@polis-law.com, paralegal@polis-law.com;r59042@notify.bestcase.com
Todd A Frealy on behalf of Trustee Karl T Anderson (TR) taf@lnbrb.com

United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov